UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-220-D-6

UNITED STATES OF AMERICA      )
                              )
          v.                  )          **ORDER TO SEAL**
                              )      **[DOCKET ENTRY NUMBER 743]**
SAMUEL CRUZ,                  )
                              )
          Defendant.          )

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 743 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the __15__ day of September, 2020.

JAMES C. DEVER III
United States District Judge