UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-220-D-6

UNITED STATES OF AMERICA        )
                                )
            v.                  )          **ORDER TO SEAL**
                                )      **[DOCKET ENTRY NUMBER 820]**
SAMUEL CRUZ,                    )
                                )
                 Defendant.     )

    Upon Motion of the Defendant, it is hereby **ORDERED** that Docket

Entry Number 820 be sealed until such time as the Court determines

that the aforementioned filing should be unsealed.

    **SO ORDERED.** This, the ‗3o‗ day of ‗November‗ , 2020.


                                    _____
                                    JAMES C. DEVER III
                                    United States District Judge